# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:04-cv-08418-FMC-RNBx | Date | February 22, 2008 |
|---|---|---|---|
| Title | PICCB P I Civil Inc et al v. American Express Corporate Services et al | | |

| Present: The Honorable | FLORENCE-MARIE COOPER | |
|---|---|---|
| Alicia Mamer | Not present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**   ORDER TO SHOW CAUSE re DISMISSAL FOR LACK OF PROSECUTION   (In Chambers)

On September 14, 2005, this court issued an Order granting in part and denying in part defendant's Motion for Summary Judgment.  Summary Judgment was granted in favor of defendants on plaintiffs' complaint, and partially in favor of defendants on their counterclaim.  Thereafter, on September 27, a Notice of Appeal was filed by one Camilla Williams, who identifies herself as "Appellant, Pro Se".

A review of the Court file reflects that Camilla Williams is not a party to this action and, therefore, was not an aggrieved party with a right to appeal.  The Notice of Appeal is, therefore, a nullity.

Counsel for defendants is ordered to show cause, on or before **March 14, 2008,** why this matter should not now be dismissed for failure to further prosecute.

|  | : | N/A |
|---|---|---|
| | Initials of Preparer | AM |